UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH MATU-DADIE, :<br>  Plaintiff, :<br>  :<br>  v. :<br>  :<br>  WERNERSVILLE STATE HOSPITAL, :<br>  Defendant. : | No. 5:17-cv-05451 |

# O R D E R

**NOW**, this 20th day of July, 2018, for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. The Complaint, ECF No. 3, is **DISMISSED without prejudice**.

3. The case is **CLOSED**.

4. Matu-Dadie may file an amended complaint **no later than August 20, 2018**. If she timely files an amended complaint, the case will be reopened.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
072018