UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MATU-DADIE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-05451 |
| | : | |
| WERNERSVILLE STATE HOSPITAL, | : | |
| Defendant. | : | |

### O R D E R

**NOW**, this 20th day of September, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 24, is **GRANTED**.

2. The Amended Complaint, ECF No. 23, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

                                                  BY THE COURT:

                                                  */s/ Joseph F. Leeson, Jr.*
                                                  JOSEPH F. LEESON, JR.
                                                  United States District Judge